# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

### Eastern Division

**CHARLES R. LITTLE,**

        **Plaintiff,**

                            **JUDGMENT IN A CIVIL CASE**

**v.**

**MICHAEL J. ASTRUE,**         **CASE NO. C2-08-1062**
**COMMISSIONER OF SOCIAL**     **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**                   **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendant.**

---

**\_\_\_**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

     **Pursuant to the ORDER filed February 9, 2010, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further consideration. This case is DISMISSED.**

Date: February 9, 2010                   JAMES BONINI, CLERK

                              */S/ Andy F. Quisumbing*
                              (By) Andy F. Quisumbing
                              Courtroom Deputy Clerk